UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 8:04-cr-534-T-26MSS |
| STEVEN LORENZO, | : |
| Defendant. | : |

## WRIT OF ENTRY AND NOTICE OF EVICTION

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Emergency Motion For a Writ of Entry and Notice of Eviction as to real property located at 213 West Powhatan Avenue, Tampa, Florida 33604, pursuant to 28 U.S.C. § 1651, for the purpose of conducting an environmental survey and inspection for damage and hazardous materials of the interior of the residence and conducting an inventory. The Court, being fully advised in the premises, hereby finds that the United States has established probable cause for a writ of entry and notice of eviction.

Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.

IT IS FURTHER **ORDERED** that the United States Marshals Service or its designees be authorized:

1. to enter the real property located at 213 West Powhatan Avenue, Tampa, Florida 33604, including any structures, on one or more occasions during

the pendency of the criminal forfeiture action against the real property, for the purpose of conducting an inspection and inventory of the real property;

2. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the real property, which inspection and inventory may include, among other means, still and video photography, as well as the collection of samples; and

3. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under the Writ of Entry.

It is further ORDERED that any and all tenants residing at 213 West Powhatan Avenue, Tampa, Florida are on notice to vacate and remove all personal effects from said premises within thirty days of this order, at which time this shall become an order of eviction.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this _30_ day of _November_, 2005.

UNITED STATES DISTRICT JUDGE

Copies to: Tonya L. Shotwell, AUSA
Attorneys of Record